**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

BERTHA EMANUEL,

               Plaintiff,

v.                                        Case No.   3:19-cv-46-J-34JRK

WAL-MART STORES EAST, L.P.,

               Defendant.

_____

## O R D E R   O F   D I S M I S S A L

**THIS CAUSE** is before the Court <u>sua</u> <u>sponte</u>.  On December 5, 2019, the Court entered an Order administratively closing this case pending further Order of the Court. <u>See</u> Order (Dkt. No. 18; Order).   The Court also provided that the parties shall have until February 3, 2020, to file a joint stipulation of dismissal or other appropriate documents to close out this file.  <u>See</u> <u>id.</u>  The Court noted that, if the parties did not file settlement pleadings or a request for additional time by February 3, 2020, this case would automatically be deemed to be dismissed without prejudice.  <u>See</u> <u>id.</u>   As of this date, the parties have not filed a joint stipulation of dismissal or other appropriate documents. Accordingly, it is hereby

     **ORDERED:**

     1.     This case is **DISMISSED without prejudice**.

2.      The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 10th day of February, 2020.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record